ALLEN PROPERTIES, INC., Respondent, *v.* FENTON R. BRYDLE et al., Appellants.

Submitted September 29, 1947; decided October 9, 1947.

*John M. Greene* and *Harold Ashare* for motion.
*Guy O. Walser* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.

STATEN ISLAND EDISON CORPORATION, Respondent, *v.* MILO R. MALTBIE et al., Individually and Constituting the Public Service Commission of the State of New York, Appellants.

Submitted September 29, 1947; decided October 9, 1947.

Motion by appellants for reargument, for clarification of opinion and for amendment of remittitur and motion by Attorney-General to intervene, for reargument, and to be heard orally on the argument, denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 374.]